IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES CAMERON GRIFFIN, JR.
ADC #166747                                                                                    PLAINTIFF

v.                        Case No. 5:18-cv-00148-KGB/JTK

D. McCONNELL, Sergeant,
Varner Super Max Unit                                                                          DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 4).

It is, therefore, ordered that:

1. Plaintiff James Cameron Griffin, Jr.'s, complaint against defendant D. McConnell is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

So ordered this 18th day of December, 2018.

_____
Kristine G. Baker
United States District Judge