IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES CAMERON GRIFFIN, JR.
ADC #166747                                                          PLAINTIFF

v.                    Case No. 5:18-cv-00148-KGB/JTK

D. McCONNELL, Sergeant,
Varner Super Max Unit                                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff James Cameron Griffin, Jr.'s, complaint is dismissed without prejudice.

So adjudged this 18th day of December, 2018.

_____
Kristine G. Baker
United States District Judge